LAW OFFICES OF MARK E. MERIN
Mark E. Merin, SBN. 043849
Jeffrey I. Schwarzschild, SBN. 192086
2001 P Street, Suite 100
Sacramento, California 95814
Telephone: (916) 443-6911
Facsimile: (916) 447-8336
Email: mark@markmerin.com

CASPER, MEADOWS, SCHWARTZ & COOK
Andrew C. Schwartz, SBN 64578
2121 North California Blvd., Suite 1020
Walnut Creek, CA 94596
Telephone: (925) 947-1147
Facsimile: (925) 947-1131
Email: schwartz@cmslaw.com

Attorneys for Plaintiffs

—o0o—

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

—o0o—

| | |
|---|---|
| ROSALETY BARNETT, PETER MORGANELLI, and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF CONTRA COSTA, CONTRA COSTA COUNTY SHERIFF'S DEPARTMENT, CONTRA COSTA COUNTY SHERIFF WARREN E. RUPF, Individually and in His Official Capacity, CONTRA COSTA COUNTY SHERIFF'S DEPUTIES DOES 1 THROUGH 100, and ROES 1 THROUGH 20, INCLUSIVE,<br><br>Defendants. | CASE NO: C 04-04437 TEH<br><br>**STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS PLAINTIFF PETER MORGANELLI'S CLAIMS; [PROPOSED] ORDER**<br><br>DATE: October 3, 2005<br>TIME: 10:00 a.m.<br>CTRM: 12, 19th Floor<br>JUDGE: Hon. Thelton E. Henderson |

IT IS HEREBY STIPULATED, by and between the parties hereto, that the hearing on Defendant's Motion to Dismiss Plaintiff Peter Morganelli's Claims, currently set for October 3, 2005, be continued to October 24, 2005, at 10:00 a.m., in Courtroom 12, 19th Floor, before the Honorable Thelton E. Henderson. The reason for this request is plaintiff's counsel, Mark E. Merin,

will be out of the country from September 25, 2005, through and including October 18, 2005. Plaintiffs' opposition to defendant's Motion to Dismiss shall be electronically filed and served on or before October 3, 2005, and defendants reply to plaintiffs' opposition shall be electronically filed and served on or before October 11, 2005.

DATED: August 23, 2005        Respectfully submitted,

                                        LAW OFFICE OF MARK E. MERIN
                                        CASPER MEADOWS, SCHWARTZ & COOK

                                        BY: /s/
                                              Mark E. Merin
                                              Attorney for Plaintiffs

DATED: August 25, 2005        Respectfully submitted,

                                        MCNAMARA, DODGE, NEY, BEATTY,
                                        SLATTERY, PFALZER & BORGES, LLP

                                        BY: /s/
                                              James V. Fitzgerald, III
                                              Attorney for Defendants

**ORDER**

IT IS HEREBY ORDERED that defendants' Motion to Dismiss Plaintiff Peter Morganelli's Claims be continued from October 3, 2005, to October 24, 2005, at 10:00 a.m. Plaintiffs' opposition to defendant's Motion to Dismiss shall be electronically filed and served on or before Sept. 26 2005, and defendants reply to plaintiffs' opposition shall be electronically filed and served on or before October 3, 2005.

DATED: 08/26/05

                                        THELTON E. HENDERSON
                                        UNITED STATES DISTRICT COURT
                                        NORTHERN DISTRICT

*IT IS SO ORDERED — Judge Thelton E. Henderson*

S:\WpWork\Strip Search Cases\Barnett Contra Costa\Morganelli's Claims.wpd

Page 2 of 2

ROSALETY BARNETT, et al. v. COUNTY OF CONTRA COSTA, et al.        USDC, Northern District, Case No. C 04-04437 TEH
STIPULATION TO CONTINUE HEARING ON DEFS' MOTION TO DISMISS PLT PETER MORGANELLI'S CLAIMS; PROPOSED ORDER