Andrew C. Schwartz (State Bar No. 64578)
**CASPER, MEADOWS, SCHWARTZ & COOK**
A Professional Corporation
California Plaza
2121 North California Blvd., Suite 1020
Walnut Creek, California  94596
Telephone:   (925) 947-1147
Facsimile:    (925) 947-1131
Email:  schwartz@cmslaw.com

Mark E. Merin, SBN. 043849
Jeffrey I. Schwarzschild, SBN. 192086
**LAW OFFICES OF MARK E. MERIN**
2001 P Street, Suite 100
Sacramento, California  95814
Telephone:  (916) 443-6911
Facsimile:  (916) 447-8336
Email: mark@markmerin.com

Attorneys for Plaintiff
ROSALETY BARNETT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROSALETY BARNETT, and all others similarly situated,<br><br>            Plaintiff,<br><br>      vs.<br><br>COUNTY OF CONTRA COSTA; CONTRA COSTA COUNTY SHERIFF'S DEPARTMENT; CONTRA COSTA COUNTY SHERIFF WARREN E. RUPF, in his individual and official capacity; CONTRA COSTA COUNTY SHERIFF'S DEPUTIES DOES 1 THROUGH 100; and ROES 1 THROUGH 20, INCLUSIVE,<br><br>            Defendants. | Case No. C 04-04437 TEH<br><br>~~PROPOSED~~ **ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>DATE:       September 19, 2005<br>TIME:        1:30 p.m.<br>CTRM:      12, 19th Floor<br>JUDGE:     Thelton E. Henderson |

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA  94596
TEL: (925) 947-1147
FAX (925) 947-1131

*Barnett, et al. vs. County of Contra Costa, et al.*                                                                                     Page 1
PROPOSED ORDER CONTINUING CASE MANAGEMENT CONFERENCE

| | | |
|---|---|---|
| 1 | ROSALETY BARNETT, and all other similarly situated, | CASE NO.: C04-05365 TEH |
| 2 | Plaintiffs, | |
| 3 | vs. | |
| 4 | CITY OF LAFAYETTE, CITY OF LAFAYETTE POLICE OFICERS, sued herein as DOES 1 and 2, AND ROES 1 THROUGH 20, INCLUSIVE, | |
| 5 | | |
| 6 | | |
| 7 | Defendants. | |

8  IT IS HEREBY ORDERED that the Case Management Conference set for September 19, 2005 be continued to October 24, 2005, at 10:00 a.m., in Courtroom 12, 19th Floor of the above-referenced court, and will be heard after the currently scheduled motion hearing for Defendants' Motion to Dismiss Plaintiff Peter Morganelli's Claims.

DATED: 09/19/05

HON. THELTON E. HENDERSON
JUDGE, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT

IT IS SO ORDERED
Judge Thelton E. Henderson

CASPER, MEADOWS, SCHWARTZ & COOK
2121 N. California Blvd., Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX: (925) 947-1131

*Barnett, et al. vs. County of Contra Costa, et al.*
PROPOSED ORDER CONTINUING CASE MANAGEMENT CONFERENCE
Page 2