LAW OFFICES OF MARK E. MERIN
Mark E. Merin, SBN. 043849
Jeffrey I. Schwarzschild, SBN. 192086
2001 P Street, Suite 100
Sacramento, California 95814
Telephone: (916) 443-6911
Facsimile: (916) 447-8336
Email: mark@markmerin.com

CASPER, MEADOWS, SCHWARTZ & COOK
Andrew C. Schwartz, SBN 64578
2121 North California Blvd., Suite 1020
Walnut Creek, CA 94596
Telephone: (925) 947-1147
Facsimile: (925) 947-1131
Email: schwartz@cmslaw.com

Attorneys for Plaintiffs

—o0o—

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

—o0o—

| | |
|---|---|
| ROSALETY BARNETT, PETER MORGANELLI, and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF CONTRA COSTA, CONTRA COSTA COUNTY SHERIFF'S DEPARTMENT, CONTRA COSTA COUNTY SHERIFF WARREN E. RUPF, Individually and in His Official Capacity, CONTRA COSTA COUNTY SHERIFF'S DEPUTIES DOES 1 THROUGH 100, and ROES 1 THROUGH 20, INCLUSIVE,<br><br>Defendants. | CASE NO: C 04-04437 TEH<br><br>**STIPULATION TO EXTEND TIME TO FILE PLAINTIFFS' MOTION FOR CLASS CERTIFICATION; [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, by and through their respective counsel, that the date by which plaintiffs' shall file their Motion for Class Certification in the above-captioned matter may be continued 60 days from April 25, 2006, to June 26, 2006, to permit further mediation of the matter which may lead to resolution.

1  DATED: April 17, 2006				Respectfully submitted,

2								LAW OFFICE OF MARK E. MERIN
								CASPER MEADOWS, SCHWARTZ & COOK
3
									/s/ - "Mark E. Merin"
4
							BY:_____
5								Mark E. Merin
								Attorney for Plaintiffs
6

7  DATED: April 17, 2006				Respectfully submitted,

8								MCNAMARA, DODGE, NEY, BEATTY,
								SLATTERY, PFALZER & BORGES, LLP
9
									/s/ - "James V. Fitzgerald"
10
							BY:_____
11								James V. Fitzgerald, III
								Attorney for Defendants
12

13						**ORDER**

14     IT IS HEREBY ORDERED that the date by which plaintiffs shall file their Motion for Class

15  Certification in the above-captioned matter is continued 60 days from April 25, 2006, to June 26,

16  2006.  Plaintiffs shall file their Motion for Class Certification on or before June 26, 2006.

17  DATED: 04/18/06

18
						_____
19						HON. THELTON E. HENDERSON
						UNITED STATES DISTRICT COURT
20						NORTHERN DISTRICT

21  C:\Documents and Settings\usdc\Local Settings\Temp\notes...