1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  ROSALETY BARNETT, PETER MORGANELLI, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF CONTRA COSTA, CONTRA COSTA COUNTY, SHERIFF'S DEPARTMENT, CONTRA COSTA COUNTY SHERIFF WARREN E. RUPF, Individually and in His Official Capacity, CONTRA COSTA COUNTY SHERIFF'S DEPUTIES DOES 1 THROUGH 100, and ROES 1 THROUGH 20, INCLUSIVE,<br><br>Defendants. | Case No. C 04-04437 TEH<br><br>STIPULATION AND [PROPOSED] ORDER RE: MODIFIED BRIEFING SCHEDULE AND HEARING ON MOTION FOR CLASS CERTIFICATION AND RESETTING CASE MANAGEMENT CONFERENCE |

**WHEREAS**, a hearing on plaintiffs' motion for class certification is scheduled for August 7, 2006, at 10:00 a.m., and a Case Management Conference is scheduled for that same day at 1:30 p.m.;

**WHEREAS**, under the current briefing schedule, defendants' opposition to class certification is due on July 17, 2006, and an Updated Case Management Conference Statement is due on July 27, 2006;

**WHEREAS**, plaintiffs and defendants have agreed to enter into settlement negotiations to try to resolve this matter;

**WHEREAS**, counsel for both plaintiffs and defendants have agreed to a conduct settlement negotiations and proceed to mediation on September 26 and 27, 2006, before the honorable Raul A. Ramirez (Ret.);

**WHEREAS**, the parties agree that the settlement process will be facilitated by continuing further proceedings in connection with the pending motion for class certification and the Case Management Conference;

**NOW THEREFORE**, the parties hereby stipulate and jointly request that the Court continue the deadlines for the pending motion for class certification as follows: defendants' opposition to plaintiffs motion for class certification shall be filed no later than October 30, 2006; plaintiffs' reply in support of their motion for class certification shall be filed no later than November 6, 2006; and the hearing on plaintiffs' motion for class certification shall be continued until November 20, 2006, at 10:00 a.m., or such other date thereafter as may be convenient for the Court.

**FURTHER**, the parties also stipulate and jointly request that the Court continue the Case Management Conference to November 20, 2006, at 1:30 p.m., or such other date thereafter as may be convenient for the Court, and that the parties shall file an Updated Joint Case Management Statement 10 court days prior to the continued conference.

///

Dated: July 7, 2006

DEBRA S. BELAGA
PETER OBSTLER
O'MELVENY & MYERS LLP

By: /s/ Debra S. Belaga
Debra S. Belaga
Attorneys for Defendants

Dated: July 7, 2006

MARK E. MERIN
LAW OFFICES OF MARK E MERIN and
CASPER, MEADOWS, SCHWARTZ &
COOK

By: /s/ Mark Merin
Mark E. Merin
Attorneys for Plaintiffs

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that if the parties' settlement efforts fail, Defendants' opposition to Plaintiffs' motion for class certification shall be filed on or before **October 30, 2006**, and Plaintiff's reply shall be filed on or before **November 6, 2006**. The hearing on Plaintiffs' motion for class certification is hereby continued until **November 20, 2006 at 10:00 AM**. The Court will also conduct a case management conference at that time, and the parties' shall file a joint case management conference statement on or before **November 13, 2006.**

1 **ORDER** [Proposed]

2

3   It is so ORDERED.

4

5

6   _____ /for _____

7   The Honorable Thelton E. Henderson
    Judge, United States District Court
8   of the Northern District of California

9   SF1:634747.1

10   [Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — signed by Judge William W Schwarzer]

11   07/11/06

**PROOF OF SERVICE BY FEDERAL EXPRESS**

I am employed in San Francisco County, California, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of eighteen years and not a party to the within action. I am a resident of or employed in the county where the service described below occurred. My business address is Embarcadero Center West, 275 Battery Street, San Francisco, California 94111-3344.

On July 7, 2006, I served the following:

**STIPULATION AND [PROPOSED] ORDER RE: MODIFIED BRIEFING SCHEDULE AND HEARING ON MOTION FOR CLASS CERTIFICATION AND RESETTING CASE MANAGEMENT CONFERENCE**

by putting a true and correct copy thereof, together with a copy of this declaration, in a sealed envelope designated by the carrier, with delivery fees paid or provided for, for delivery the next business day to the person(s) listed above, and placing the envelope for collection today by the overnight courier in accordance with the firm's ordinary business practices. I am readily familiar with this firm's practice for collection and processing of overnight courier correspondence. In the ordinary course of business, such correspondence collected from me would be processed on the same day, with fees thereon fully prepaid, and deposited that day in a box or other facility regularly maintained by **Federal Express**, which is an express carrier:

| MARK E. MERIN, ESQ.<br>Law Offices of Mark E. Merin<br>2001 P Street, Suite 100<br>Sacramento, CA 95814 | ANDREW C. SCHWARTZ, ESQ.<br>Casper, Meadows, Schwartz & Cook<br>2121 North California Blvd., Suite 1020<br>Walnut Creek, CA 94596 |

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on July 7, 2006, at San Francisco, California.

_____
Michael Vickery

SF1:634506.1

- 5 -

STIP. & PROP. ORDER RE:
MOTION FOR CLASS
CERTIFICATION AND CMC C
04-04437 TEH