IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROSALETY BARNETT, et al.,

    Plaintiff,

v.

COUNTY OF CONTRA COSTA, et al.,

    Defendant.

NO. C-04-4437-TEH
NO. C-04-5365-TEH

ORDER

    Plaintiff's Motion for Class Certification, Defendant's Motions to Strike Putative Felony Arrest Plaintiffs from the Class Definition, or in the Alternative for Partial Summary Judgment, and the Case Management Conference now set for December 11, 2006 are continued to January 8, 2006 at 10:00 a.m.  The Plaintiff's opposition to Defendants' motions shall be due on November 20, 2006, and Defendants' reply shall be due on December 4, 2006.

**IT IS SO ORDERED.**

Dated: November 8, 2006

_____
THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT