Mark E. Merin, SBN 043849
Cathleen A. Williams, SBN 068029
**LAW OFFICES OF MARK E. MERIN**
2001 P Street, Suite 100
Sacramento, California  95814
Telephone:     (916) 443-6911
Facsimile:     (916) 447-8336
Email: mark@markmerin.com

Andrew C. Schwartz, SBN 64578
**CASPER, MEADOWS, SCHWARTZ & COOK**
2121 North California Blvd., Suite 1020
Walnut Creek, CA 94596
Telephone: (925) 947-1147
Facsimile: (925) 947-1131
Email:  schwartz@cmslaw.com

Attorneys for Plaintiffs

—oOo—

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

—oOo—

| | |
|---|---|
| ROSALETY BARNETT, ADELINE CHAN, and all others similarly situated, | CASE NO: C 04-04437 TEH |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER PERMITTING PLAINTIFFS TO FILE SECOND AMENDED COMPLAINT** |
| vs. | |
| COUNTY OF CONTRA COSTA, CONTRA COSTA COUNTY SHERIFF'S DEPARTMENT, CONTRA COSTA COUNTY SHERIFF WARREN E. RUPF, Individually and in His Official Capacity, CONTRA COSTA COUNTY SHERIFF'S DEPUTIES DOES 1 THROUGH 100, and ROES 1 THROUGH 20, INCLUSIVE, | **[FRCP 15(a)]** |
| Defendants. | |

**STIPULATION**

Pursuant to Federal Rule of Civil Procedure 15(a), Defendants Contra Costa County, Contra

Costa County Sheriff's Department, and Contra Costa County Sheriff Warren Rupf hereby consent to the

filing of plaintiffs' Second Amended Complaint, attached as Exhibit A, to include Adeline Chan as a

representative plaintiff. The parties agree and hereby stipulate that by consenting to the filing of the

1 | Second Amended Complaint, Defendants do *not* waive any challenges to the sufficiency of the Second

2 | Amended Complaint or any defenses to the claims stated therein, including but not limited to challenges

3 | based on lack of jurisdiction and lack of standing, and defenses based on the statute of limitations. The

4 | parties further stipulate and agree that Defendants do *not* waive their right to move to dismiss the Second

5 | Amended Complaint under Federal Rule of Civil Procedure 12, move for summary judgment on any of

6 | the claims stated in the Second Amended Complaint under Federal Rule of Civil Procedure 56, or to

7 | make any other motion challenging the Second Amended Complaint as may be necessary and

8 | appropriate.

9 | DATED: November 19, 2007                          Respectfully submitted,

10 |                                                   LAW OFFICE OF MARK E. MERIN
                                                      CASPER MEADOWS, SCHWARTZ & COOK
11 |

12 |
                                                      BY: Mark Merin
13 |                                                       Mark E. Merin
                                                          Attorney for Plaintiffs
14 |

15 | DATED: November 16, 2006                          Respectfully submitted,

                                                      MCNAMARA, DODGE, NEY, BEATTY,
16 |                                                   SLATTERY, PFALZER & BORGES, LLP

17 |
                                                      BY: James V. Fitzgerald, III
18 |                                                       James V. Fitzgerald, III
                                                          Attorney for Defendants
19 |
                              [PROPOSED] ORDER
20 |

21 |         Good cause appearing, it is hereby ordered that plaintiffs' may file their Second Amended

22 | Complaint to supersede the First Amended Complaint in this action.

23 | DATED:  11/21/07

24 |

25 |                                   HON. THELTON
                                      JUDGE, UNITED
26 |                                   NORTHERN DIS
                                                          Judge Thelton E. Henderson
27 |

28 |
BARNETT, ET AL, V. CONTRA COSTA COUNTY, ET AL.; CASE NO. C 04-4437 THE
STIPULATION AND [PROPOSED] ORDER PERMITTING FILING OF 2ND AMENDED COMPLAINT