IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSALETY BARNETT, et al.,<br><br>         Plaintiff,<br><br>   v.<br><br>COUNTY OF CONTRA COSTA, et al.,<br><br>         Defendant. | NO. C-04-4437-TEH<br>NO. C-04-5365-TEH<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

At the Parties' request, the Case Management Conference currently set for December 10, 2007 is hereby CONTINUED to 1:30 p.m. on February 4, 2008.

**IT IS SO ORDERED.**

Dated: December 4, 2007

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT