IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSALETY BARNETT, et al.,<br><br>                Plaintiffs,<br><br>    v.<br><br>COUNTY OF CONTRA COSTA, et al.,<br><br>                Defendants. | NO. C04-4437 TEH<br><br>ORDER RE: BRIEFING AND HEARING SCHEDULE ON MOTIONS FOR CLASS CERTIFICATION AND SUMMARY JUDGMENT |

The Court is in receipt of the parties' stipulation and proposed order to extend the briefing and hearing schedule and to consolidate hearing dates for Plaintiffs' motion for class certification and Defendants' motion for summary judgment. Because Defendants seek summary judgment against the sole proposed named plaintiff, the Court finds it inefficient to consider both motions simultaneously. Instead, the Court will decide Defendants' motion for summary judgment prior to considering Plaintiffs' motion for class certification. Accordingly, IT IS HEREBY ORDERED that:

    1. Plaintiffs' opposition to Defendants' motion for summary judgment shall be filed on or before **August 31, 2009.**

    2. Defendants' reply to the motion for summary judgment shall be filed on or before **September 7, 2009.**

    3. The hearing on the motion for summary judgment shall be held on **September 21, 2009, at 10:00 AM.**

    4. The reply deadline and hearing date on Plaintiffs' motion for class certification shall be vacated. If the proposed named plaintiff remains a viable putative class

representative following the Court's decision on Defendants' motion for summary judgment, the Court will set new deadlines on Plaintiffs' motion for class certification at that time.

**IT IS SO ORDERED.**

Dated: 08/06/09

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

2