IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROSALETY BARNETT, et al.,

                Plaintiffs,

      v.

COUNTY OF CONTRA COSTA, et al.,

                Defendants.

NO. C04-4437 TEH

ORDER SEALING DOCUMENTS

In considering Defendants' motion for summary judgment, the Court discovered that some of the documents submitted by Defendants in support of their motion, as well as some of the documents Defendants submitted in opposition to Plaintiff Chan's motion for class certification, contain personal information in violation of Civil Local Rule 3-17.  Counsel for Defendants are admonished for not redacting such information in the first instance, and counsel for Plaintiff are admonished for not protecting the privacy of their client more vigorously.

With good cause appearing, the Clerk shall immediately remove from the electronic case filing ("ECF") system the documents associated with docket numbers 142, 144, and 146.  Defendants shall electronically file redacted versions of these documents no later than **September 18, 2009.**  Defendants shall ensure that the redacted documents fully comply with the privacy provisions of Civil Local Rule 3-17.

**IT IS SO ORDERED.**

Dated:   09/11/09

_____

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

United States District Court

For the Northern District of California