PETER OBSTLER (SBN 171623) -
peter.obstler@bingham.com
JEE YOUNG YOU (SBN 241658) -
jeeyoung.you@bingham.com
BINGHAM MCCUTCHEN LLP
Three Embarcadero Center
San Francisco, CA 94111-4067, U.S.A.
Telephone: 415.393.2000
Facsimile: 415.393.2286

JAMES V. FITZGERALD, III (SBN 055632) -
james.fitzgerald@mcnamaralaw.com
MCNAMARA, DODGE, NEY, BEATTY,
SLATTERY, PFALZER & BORGES LLP
1211 Newell Ave.
Post Office Box 5288
Walnut Creek, CA 94596
Telephone:   (925) 939-5330
Facsimile:   (925) 939-0203

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSALETY BARNETT, PETER MORGANELLI, and all others similarly situated,<br><br>           Plaintiffs,<br><br>v.<br><br>COUNTY OF CONTRA COSTA, CONTRA COSTA COUNTY SHERIFF'S DEPARTMENT, CONTRA COSTA COUNTY SHERIFF WARREN RUPF, individually and in his official capacity, CONTRA COSTA COUNTY SHERIFF'S DEPUTIES DOES 1 THROUGH 100, and ROES 1 THROUGH 20, INCLUSIVE,<br><br>           Defendants. | Case No.  C 04-04437 TEH<br><br>STIPULATION AND [PROPOSED] ORDER RE BRIEFING AND HEARING SCHEDULE FOR: (1) WITHDRAWAL OF PENDING OPPOSITION TO CLASS VERTIFICATION; (2) LEAVE TO FILE REVISED OPPOSITION FOR CLASS CERTIFICATION; AND REVISED BRIEFING SCHEDULE AND HEARING FOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION<br><br>Place:  450 Golden Gate Ave.<br>          Courtroom 12, 19th Floor<br>Judge:  Hon. Thelton E. Henderson |

**RECITALS**

**_WHEREAS,_** on September 11, 2009, this Court issued an Order in the above-captioned action (the "Action") requiring the Defendants to refile a revised Opposition to Class Certification (the "Opposition") redacting all confidential information on the Opposition and any exhibits attached by thereto in compliance with Local Rule of Court 3-17 by September 18, 2009, and admonishing the parties to comply with Local Rule 3-17 with respect to all future filings in the Action (the "Redaction Order") (*see* "Docket No. 156");

**_WHEREAS,_** on September 11, 2009, The court issued an Order denying Defendants' Partial Motion for Summary Judgment against Adeline Chan (the "Chan MSJ") and inviting Defendants to seek leave to file a revised Opposition (the "Revised Opposition") in light of its ruling on the Chan MSJ (The "Chan Order") (*see* "Docket No. 157"); and

**_WHEREAS,_** on September 14, Counsel for Plaintiffs and Defendants met and conferred and reached an agreement regarding compliance with the Redaction and Chan Orders.

**The Parties respectfully submit this Stipulation and Proposed Order under Local Rules of Court 6-1(b), 6-2, and 7-12:**

**STIPULATION**

NOW, THEREFORE, IT IS HEREBY STIPULATED THAT:

1. Defendants' pending Opposition shall be withdrawn and any and all information protected by Local Rule of Court 3-17 shall be returned to Defendants and/or destroyed and deleted from the Court's docket;

2. Defendants shall be granted leave to file the Revised Opposition to Plaintiffs' pending Motion for Class Certification without prejudice to renewal or addition of any existing arguments or evidence in light of the Chan Order on or before October 2, 2009;

3. Plaintiffs shall file their Reply in support of their Motion for Class Certification on or before October 9, 2009;

4. All future filing in this Action, including the Defendants' Revised Opposition and Plaintiffs' Reply, shall redact, file under seal or take any other steps required to protect any confidential information governed by Local Rule of Court 3-17, any other applicable privacy

laws, or any protective order entered by the Court in the Action at the time of the filings; and

        5. The hearing for the Class Certification Motion shall be scheduled for October 19, 2009, at 10:00 a.m. before this Court in Courtroom 12 or at such other time as the Court is able to conduct such hearing.

Dated: September 18, 2009

BINGHAM MCCUTCHEN LLP

By: _____
Peter Obstler
Attorneys for Defendants
County of Contra Costa, Contra Costa County Sheriff's Department, and Contra Costa County Sheriff Warren Rupf

Dated: September 17, 2009

LAW OFFICE OF MARK E. MERIN

By: _____
Mark E. Merin
Attorneys for Plaintiffs

## [~~PROPOSED~~] ORDER

Good cause appearing, PURSUANT TO THE STIPULATION, IT IS SO ORDERED. The hearing shall occur on October 26, 2009 at 10:00 AM.

_____
Thelton E. Henderson
United States District Judge

*[Seal: Judge Thelton E. Henderson, 09/21/09, Northern District of California]*