1  PETER OBSTLER (SBN 171623)
   peter.obstler@bingham.com
2  JEE YOUNG YOU (SBN 241658)
   jeeyoung.you@bingham.com
3  BINGHAM MCCUTCHEN LLP
   Three Embarcadero Center
4  San Francisco, CA  94111-4067
   Telephone:   415.393.2000
5  Facsimile:    415.393.2286

6  JAMES V. FITZGERALD, III (SBN 055632)
   james.fitzgerald@mcnamaralaw.com
7  MCNAMARA, DODGE, NEY, BEATTY,
   SLATTERY, PFALZER & BORGES LLP
8  1211 Newell Ave.
   Post Office Box 5288
9  Walnut Creek, CA  94596
   Telephone:   925.939.5330
10 Facsimile:    925.939.0203

11 Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROSALETY BARNETT, PETER MORGANELLI, and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF CONTRA COSTA, CONTRA COSTA COUNTY SHERIFF'S DEPARTMENT, CONTRA COSTA COUNTY SHERIFF WARREN RUPF, individually and in his official capacity, CONTRA COSTA COUNTY SHERIFF'S DEPUTIES DOES 1 THROUGH 100, and ROES 1 THROUGH 20, INCLUSIVE,<br><br>　　　　　　Defendants. | Case No.  C 04-04437 TEH<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE TO FILE DEFENDANTS' OPPOSITION TO MOTION FOR CLASS CERTIFICATION**<br><br>Date:　September 26, 2009<br>Time:　10:00 a.m.<br>Place:　450 Golden Gate Avenue<br>　　　　Courtroom 12, 19th Floor<br>Judge:　Hon. Thelton E. Henderson |

**STIPULATION**

Pursuant to the Northern District of California  Local Rules 6-1(b), 6-2, and 7-12, Plaintiff

- 1 -　STIPULATED REQUEST AND PROPOSED ORDER TO EXTEND BRIEFING SCHEDULE

Adeline Chan ("Chan" or "Plaintiffs") and Defendants Contra Costa County, Contra Costa County Sheriff's Department, and Contra Costa County Sheriff Warren Rupf ("the County" or "Defendants"), hereby stipulate as follows:

*WHEREAS,* on September 21, 2001, the Court entered an order pursuant to a joint stipulation of the parties providing the parties with an amended the briefing schedule, under which the Defendants' Opposition to the Motion for Class Certification was due on October 2, 2009, and setting the hearing on the Motion for Class Certification for October 26, 2009;

*WHEREAS*, the parties are involved in on-going negotiations to reach an agreement on a stipulation on class certification and to renew mediation to resolve this Action (the "Settlement Stipulation") and certain aspects of the Settlement Stipulation require the consent of Contra Costa's excess insurance carrier which has yet to be confirmed, the parties respectfully submit this stipulated request to extend the time to file the Opposition to the Motion for Summary Judgment in order to try to reach an agreement which would obviate the need for further briefing in the Motion for Class Certification, including the Opposition at this time.

## STIPULATION

**Now, therefore, Plaintiffs and Contra Costa Stipulate and respectfully request that the Court enter the Proposed Order granting**:

1. A one business-day extension of time for Contra Costa to file its opposition to the Motion for Class Certification on October 5, 2009., and

2. A one business-day extension of time for Plaintiffs to file their reply to Defendants' opposition to Plaintiffs' Motion for Class Certification on October 13, 2009.

Dated:   October 2, 2009              BINGHAM MCCUTCHEN LLP


                                      By:  */ s / Peter Obstler*
                                              Peter Obstler
                                          Attorneys for Defendants
                                    County of Contra Costa, Contra Costa County
                                    Sheriff's Department, and Contra Costa County
                                              Sheriff Warren Rupf

- 2 -   STIPULATED REQUEST AND PROPOSED ORDER TO EXTEND BRIEFING SCHEDULE

A/73161139.1/3391619-0000340516

Dated:   October 2, 2009                    LAW OFFICE OF MARK E. MERIN


By:      */ s / Mark E. Merin*
Mark E. Merin
Attorneys for Plaintiffs


### [~~PROPOSED~~] ORDER


Good cause appearing, PURSUANT TO THE STIPULATION, IT IS SO ORDERED.



Thelton E. Henderson
United States District Court Judge

- 3 -   STIPULATED REQUEST AND PROPOSED ORDER TO EXTEND BRIEFING SCHEDULE

A/73161139.1/3391619-0000340516