IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSALETY BARNETT, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>COUNTY OF CONTRA COSTA, et al.,<br><br>        Defendants. | NO. C04-4437 TEH<br><br>ORDER GRANTING EXTENSION OF TIME FOR REPLY BRIEF AND VACATING HEARING DATE ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION |

With good cause appearing, and pursuant to the parties' stipulation, IT IS HEREBY ORDERED that Plaintiffs may have until **October 15, 2009,** to file their reply to Defendants' opposition to Plaintiffs' motion for class certification. IT IS FURTHER ORDERED that the October 26, 2009 hearing date is VACATED. The Court will notify the parties if it determines that oral argument is necessary to resolve Plaintiffs' motion.

Plaintiffs are advised that the Court is currently strongly inclined to exercise its discretion to grant a stay pending resolution of the en banc proceedings in *Bull v. City and County of San Francisco* in the United States Court of Appeals for the Ninth Circuit, as such a stay would appear to be the most efficient use of judicial resources. However, the Court reserves final ruling on this issue until after review of Plaintiffs' reply papers.

**IT IS SO ORDERED.**

Dated: 10/08/09

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT