PETER OBSTLER (SBN 171623) -
peter.obstler@bingham.com
JEE YOUNG YOU (SBN 241658) -
jeeyoung.you@bingham.com
BINGHAM MCCUTCHEN LLP
Three Embarcadero Center
San Francisco, CA  94111-4067, U.S.A.
Telephone:  415.393.2000
Facsimile:  415.393.2286

JAMES V. FITZGERALD, III (SBN 055632) -
james.fitzgerald@mcnamaralaw.com
MCNAMARA, DODGE, NEY, BEATTY,
SLATTERY, PFALZER & BORGES LLP
1211 Newell Ave.
Post Office Box 5288
Walnut Creek, CA 94596
Telephone:   (925) 939-5330
Facsimile:    (925) 939-0203

Attorneys for Defendants

ANDREW C. SCHWARTZ (S.B. # 064578)
CASPER, MEADOWS, SCHWARTZ & COOK
A Professional Corporation
California Plaza
2121 North California Blvd., Suite 1020
Walnut Creek, California  94596
Telephone:   (925) 947-1147
Facsimile:    (925) 947-1131
Email:  schwartz@cmslaw.com

MARK E. MERIN (S.B. # 043849)
LAW OFFICE OF MARK E. MERIN
2001 P Street, Suite 100
Sacramento, California  95811
Telephone: (916) 443-6911
Facsimile: (916) 447-8336
Email: mark@markmerin.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROSALETY BARNETT, PETER MORGANELLI, and all others similarly situated,<br><br>        Plaintiffs, | Case No.  C 04-04437 TEH<br><br>**STIPULATION AND [PROPOSED] ORDER TO:**<br><br>**(1) EXTEND DEADLINE TO GIVE** |

STIPULATION AND [PROPOSED] ORDER TO (1)
EXTEND DEADLINE TO GIVE NOTICE; AND (2)
CONTINUE THE FEBRUARY 7, 2010 CMC

A/73274730.1/3391619-0000340516

v.

COUNTY OF CONTRA COSTA,
CONTRA COSTA COUNTY SHERIFF'S
DEPARTMENT, CONTRA COSTA
COUNTY SHERIFF WARREN RUPF,
individually and in his official capacity,
CONTRA COSTA COUNTY SHERIFF'S
DEPUTIES DOES 1 THROUGH 100, and
ROES 1 THROUGH 20, INCLUSIVE,

Defendants.

**NOTICE TO POTENTIAL CLASS MEMBERS; AND**

**(2) CONTINUE THE FEBRUARY 8, 2010 CASE MANAGEMENT CONFERENCE PENDING MEDIATION**

Place:  450 Golden Gate Ave.
        Courtroom 12, 19th Floor
Judge:  Hon. Thelton E. Henderson

Representative Plaintiff Adeline Chan, on behalf of herself and others similarly situated ("Plaintiffs") and Defendants Contra Costa County and Sheriff Warren Rupf (Collectively "Contra Costa") jointly and respectfully submit this Stipulation and Proposed Order in the above captioned action (the "Action") under Local Rules of Court 7-12.

**RECITALS**

*WHEREAS,* on November 3, 2009, this Court issued an Order Granting Plaintiffs' Motion for Class Certification ("Class Certification Order"), certifying a class of individuals arrested and detained in connection with criminal misdemeanor offenses not involving weapons, drugs, or violence between October 20, 2002 and June 1, 2003;

*WHEREAS,* in the Class Certification Order, this Court scheduled the next case management conference for February 8, 2010, and for the parties to meet and confer and file a joint case management statement on or before February 1, 2010;

*WHEREAS,* pursuant to the Class Certification Order, the parties submitted and this Court signed on November 30, 2009, the Notice of Pendency of Class Action ("Notice"), which provides that any individual not wishing to be considered a member of the class or not wising to be represented by plaintiff in this action must mail a letter to Plaintiffs' counsel postmarked on or before January 31, 2010 ("Opt-Out Deadline") requesting exclusion from the class;

*WHEREAS,* Plaintiffs and Contra Costa have agreed to and are scheduled to engage in

1    mediation before the Honorable Fern Smith (ret.) of JAMS on March 24-25, 2010.

2         *WHEREAS*, the parties have agreed that it is in the best interests of Plaintiffs and Contra

3    Costa to defer publication of Notice to potential members of the class until after engaging in

4    mediation to allow the parties to reach material terms that will form the basis for submission of a

5    proposed court-approved settlement agreement that resolves all issues, including the threshold

6    issue of the number of individuals who potentially fall within the definition of the class who

7    should receive Notice.

8                                          **STIPULATION**

9         **Now, therefore, Plaintiffs and Contra Costa Stipulate and respectfully request that**

10   **the Court enter the Proposed Order that**:

11        1.   The case management conference currently scheduled for February 8, 2010 shall

12   be continued until a date after the March 24-25, 2010 mediation has concluded, at a time

13   convenient for the Court (the "CMC Date").

14        2.   Seven days prior to the CMC Date set by the Court, the parties will submit a joint

15   case management statement notifying the Court either that (i) the Parties have reached a

16   settlement in principal and are requesting a settlement approval schedule, including submission of

17   proposed deadlines for Notice, obtaining the approvals of the Contra Costa's Board of

18   Supervisors, and dates for the preliminary and final approval hearings by the Court; or (ii) the

19   parties have been unable to reach a settlement in principal because of certain unresolved issues

20   and a schedule and proposal for how the parties propose to resolve the remaining issues

21   precluding final settlement, if any.

22   //

23   //

24   //

25   //

26   //

27   //

28   //

- 3 -

A/73274730.1/3391619-0000340516

1      3.   The Opt-Out Deadline shall be extended from January 31, 2010 to a date to be

2  jointly requested by the Parties in their joint case management statement after the March 24-25,

3  2010 mediation.

4

5  Dated:   January 25, 2010                                   BINGHAM MCCUTCHEN LLP

6

7                                                              By:_____/ s / Peter Obstler_____
                                                                        Peter Obstler
                                                                   Attorneys for Defendants
8                                                           County of Contra Costa, Contra Costa County
                                                          Sheriff's Department, and Contra Costa County
9                                                                    Sheriff Warren Rupf

10

11  Dated:   January 25, 2010                                   LAW OFFICE OF MARK E. MERIN

12

13                                                             By:_____/ s / Mark E. Merin_____
                                                                        Mark E. Merin
                                                                   Attorneys for Plaintiffs
14

15

16  Dated:   January 25, 2010                                   CASPER, MEADOWS, SCHWARTZ &
                                                               COOK

17

18                                                             By:_____/ s / Andrew C. Schwartz_____
                                                                        Andrew C. Schwartz
19                                                                  Attorneys for Plaintiffs

20

21

22                                   [PROPOSED] ORDER

23

24      Good cause appearing, PURSUANT TO THE STIPULATION, IT IS SO ORDERED.
        The case management conference is continued
25      to April 12, 2010 at 1:30 p.m.

26

27                                                      _____
                                                        Thelton
                                                        United S              Judge Thelton E. Henderson
28
                          01/26/10

                                            - 4 -

A/73274730.1/3391619-0000340516