1   PETER OBSTLER (SBN 171623) -
    peter.obstler@bingham.com
2   JEE YOUNG YOU (SBN 241658) -
    jeeyoung.you@bingham.com
3   BINGHAM MCCUTCHEN LLP
    Three Embarcadero Center
4   San Francisco, CA  94111-4067, U.S.A.
    Telephone:  415.393.2000
5   Facsimile:  415.393.2286

6   JAMES V. FITZGERALD, III (SBN 055632) -
    james.fitzgerald@mcnamaralaw.com
7   MCNAMARA, DODGE, NEY, BEATTY,
    SLATTERY, PFALZER & BORGES LLP
8   1211 Newell Ave.
    Post Office Box 5288
9   Walnut Creek, CA 94596
    Telephone:    (925) 939-5330
10  Facsimile:    (925) 939-0203

11  Attorneys for Defendants

12  ANDREW C. SCHWARTZ (S.B. # 064578)
    CASPER, MEADOWS, SCHWARTZ & COOK
13  A Professional Corporation
    California Plaza
14  2121 North California Blvd., Suite 1020
    Walnut Creek, California  94596
15  Telephone:    (925) 947-1147
    Facsimile:    (925) 947-1131
16  Email:  schwartz@cmslaw.com

17  MARK E. MERIN (S.B. # 043849)
    LAW OFFICE OF MARK E. MERIN
18  2001 P Street, Suite 100
    Sacramento, California  95811
19  Telephone:  (916) 443-6911
    Facsimile:  (916) 447-8336
20  Email: mark@markmerin.com

21  Attorneys for Plaintiffs

22              **UNITED STATES DISTRICT COURT**

23            **NORTHERN DISTRICT OF CALIFORNIA**

24

25
    ROSALETY BARNETT, PETER          | Case No.  C 04-04437 TEH
26  MORGANELLI, and all others similarly
    situated,                        | **STIPULATION AND [PROPOSED]**
27                                   | **ORDER TO:**
              Plaintiffs,
28                                   | **(1) EXTEND DEADLINE TO GIVE**

v.

COUNTY OF CONTRA COSTA,
CONTRA COSTA COUNTY SHERIFF'S
DEPARTMENT, CONTRA COSTA
COUNTY SHERIFF WARREN RUPF,
individually and in his official capacity,
CONTRA COSTA COUNTY SHERIFF'S
DEPUTIES DOES 1 THROUGH 100, and
ROES 1 THROUGH 20, INCLUSIVE,

Defendants.

**NOTICE TO POTENTIAL CLASS
MEMBERS; AND**

**(2) CONTINUE THE FEBRUARY 8, 2010
CASE MANAGEMENT CONFERENCE
PENDING MEDIATION**

Place:   450 Golden Gate Ave.
         Courtroom 12, 19th Floor
Judge:  Hon. Thelton E. Henderson

Representative Plaintiff Adeline Chan, on behalf of herself and others similarly situated

("Plaintiffs") and Defendants Contra Costa County and Sheriff Warren Rupf (Collectively

"Contra Costa") jointly and respectfully submit this Stipulation and Proposed Order in the above

captioned action (the "Action") under Local Rules of Court 7-12.

**RECITALS**

**WHEREAS,** on November 3, 2009, this Court issued an Order Granting Plaintiffs'

Motion for Class Certification ("Class Certification Order"), certifying a class of individuals

arrested and detained in connection with criminal misdemeanor offenses not involving weapons,

drugs, or violence between October 20, 2002 and June 1, 2003;

**WHEREAS,** in the Class Certification Order, this Court scheduled the next case

management conference for February 8, 2010, and for the parties to meet and confer and file a

joint case management statement on or before February 1, 2010;

**WHEREAS,**  pursuant to the Class Certification Order, the parties submitted and this

Court signed on November 30, 2009, the Notice of Pendency of Class Action ("Notice"), which

provides that any individual not wishing to be considered a member of the class or not wising to

be represented by plaintiff in this action must mail a letter to Plaintiffs' counsel postmarked on or

before January 31, 2010 ("Opt-Out Deadline") requesting exclusion from the class;

**WHEREAS**, Plaintiffs and Contra Costa have agreed to and are scheduled to engage in

STIPULATION AND [PROPOSED] ORDER TO (1)
EXTEND DEADLINE TO GIVE NOTICE; AND (2)
CONTINUE THE FEBRUARY 7, 2010 CMC

A/73274730.1/3391619-0000340516

1   mediation before the Honorable Fern Smith (ret.) of JAMS on March 24-25, 2010.

2     **WHEREAS**, the parties have agreed that it is in the best interests of Plaintiffs and Contra

3   Costa to defer publication of Notice to potential members of the class until after engaging in

4   mediation to allow the parties to reach material terms that will form the basis for submission of a

5   proposed court-approved settlement agreement that resolves all issues, including the threshold

6   issue of the number of individuals who potentially fall within the definition of the class who

7   should receive Notice.

8             **STIPULATION**

9     **Now, therefore, Plaintiffs and Contra Costa Stipulate and respectfully request that**

10  **the Court enter the Proposed Order that**:

11     1. The case management conference currently scheduled for February 8, 2010 shall

12  be continued until a date after the March 24-25, 2010 mediation has concluded, at a time

13  convenient for the Court (the "CMC Date").

14     2. Seven days prior to the CMC Date set by the Court, the parties will submit a joint

15  case management statement notifying the Court either that (i) the Parties have reached a

16  settlement in principal and are requesting a settlement approval schedule, including submission of

17  proposed deadlines for Notice, obtaining the approvals of the Contra Costa's Board of

18  Supervisors, and dates for the preliminary and final approval hearings by the Court; or (ii) the

19  parties have been unable to reach a settlement in principal because of certain unresolved issues

20  and a schedule and proposal for how the parties propose to resolve the remaining issues

21  precluding final settlement, if any.

22  //

23  //

24  //

25  //

26  //

27  //

28  //

A/73274730.1/3391619-0000340516

1          3.  The Opt-Out Deadline shall be extended from January 31, 2010 to a date to be

2 jointly requested by the Parties in their joint case management statement after the March 24-25,

3 2010 mediation.

5 Dated:   January 25, 2010                   BINGHAM MCCUTCHEN LLP

7                                   By:             / s / Peter Obstler

8                                           Peter Obstler
Attorneys for Defendants
County of Contra Costa, Contra Costa County
Sheriff's Department, and Contra Costa County
Sheriff Warren Rupf

10 Dated:   January 25, 2010                   LAW OFFICE OF MARK E. MERIN

13                                   By:             / s / Mark E. Merin

14                                       Mark E. Merin
Attorneys for Plaintiffs

16 Dated:   January 25, 2010                   CASPER, MEADOWS, SCHWARTZ &
COOK

18                                   By:             / s / Andrew C. Schwartz

19                                   Andrew C. Schwartz
Attorneys for Plaintiffs

22                            **[PROPOSED]** ORDER

24      Good cause appearing, PURSUANT TO THE STIPULATION, IT IS SO ORDERED.
The case management conference is continued
to April 12, 2010 at 1:30 p.m.

27                           Thelton
United S

Judge Thelton E. Henderson

01/26/10

- 4 -

A/73274730.1/3391619-0000340516