Mark E. Merin (SBN 043849) – mark@markmerin.com
Cathleen A. Williams (SBN 068029) – cathleen@markmerin.com
W. Gordon Kaupp (SBN 226141) – gordon@markmerin.com
**LAW OFFICES OF MARK E. MERIN**
2001 P Street, Suite 100
Sacramento, California  95814
Telephone:     (916) 443-6911
Facsimile:       (916) 447-8336

Andrew C. Schwartz (SBN 64578) – schwartz@csmlaw.com
**CASPER, MEADOWS, SCHWARTZ & COOK**
2121 North California Blvd., Suite 1020
Walnut Creek, CA 94596
Telephone:     (925) 947-1147
Facsimile:       (925) 947-1131

Attorneys for Plaintiffs

PETER OBSTLER (SBN 171623) - peter.obstler@bingham.com
JEE YOUNG YOU (SBN 241658) - jeeyoung.you@bingham.com
BINGHAM MCCUTCHEN LLP
Three Embarcadero Center
San Francisco, CA  94111-4067, U.S.A.
Telephone:     (415) 393-2000
Facsimile:       (415) 393-2286

JAMES V. FITZGERALD, III (SBN 055632) -james.fitzgerald@mcnamaralaw.com
MCNAMARA, DODGE, NEY, BEATTY,
SLATTERY, PFALZER & BORGES LLP
1211 Newell Ave.
Post Office Box 5288
Walnut Creek, CA 94596
Telephone:     (925) 939-5330
Facsimile:       (925) 939-0203

Attorneys for Defendants

─o0o─

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

─o0o─

| | |
|---|---|
| ROSALETY BARNETT, ADELINE CHAN, and all others similarly situated,<br><br>　　Plaintiffs,<br><br>vs.<br><br>COUNTY OF CONTRA COSTA, et al.,<br><br>　　Defendants. | CASE NO: C 04-04437 TEH<br><br>**STIPULATION AND [PROPOSED] ORDER RE: HEARINGS AND BRIEFING SCHEDULES** |

1

# STIPULATION

Pursuant to the Northern District of California Local Rules 6-1(b), 6-2, and 7-12, Plaintiff Adeline Chan ("Plaintiffs") and Defendants Contra Costa County, Contra Costa County Sheriff's Department, and Contra Costa County Sheriff Warren Rupf ("Defendants"), hereby stipulate as follows:

WHEREAS, on February 9, 2010, the Ninth Circuit issued its *en banc* decision in *Bull v. City and County of San Francisco* 565 F. 3d 964, which all parties agree constituted a change of law necessitating reconsideration of prior rulings in this case, since it articulated a different theory of liability for evaluating whether jail strip searches violate the Fourth Amendment when conducted prior to housing inmates in the general population; and

WHEREAS, on March 11, 2010, by minute order, the Court vacated its Case Management Conference date and granted leave to Defendants to file a Motion for Reconsideration of the Defendants' prior motion for summary judgment and Plaintiffs' Motion for Class Certification; and

WHEREAS, on April 5, 2010, Defendants filed a Motion for Reconsideration, and Motion for Summary Judgment; and

WHEREAS, the parties stipulate that the Motion for Reconsideration should be granted, and that the Motion for Summary Judgment should be granted as to the claims of Plaintiff Adeline Chan and all members of the class who were only strip searched once prior to housing; and

WHEREAS Plaintiffs have determined from discovery already conducted that a portion of the class, namely, approximately 47 female class members, were subjected to a *second* strip search before being housed under Defendants' uniform policies, the liability for which Defendants dispute as a matter of law and fact; and

WHEREAS, Plaintiffs have already identified, located, and received a declaration from a class member, Vanessa Hunt, who seeks to intervene in this action to represent this class of 47 women, and Plaintiffs are preparing a Motion to Amend the Complaint to conform the strip search claim to the theory of liability articulated by *Bull v. San Francisco* and to allow proposed class members to intervene; and

WHEREAS the parties have conferred and believe that the most expeditious manner in which to address the impact of *Bull v. San Francisco* on this case is  (1) for the Parties to stipulate to the granting of Defendants' pending Motion for Reconsideration, which is scheduled for May 17, 2010; (2) for the

1  Plaintiff to file a partial non-opposition to Defendants' pending Motion for Summary Judgment as to all
2  individual and class claims relating to the *initial* prehousing strip search at the jail, which strip searches
3  are governed by *Bull,* reserving the right to file a Motion to Amend the Complaint as to the second,
4  successive strip search of the 47 women which Class Member Vanessa Hunt seeks to represent (the
5  "New Class Claims"); and (3) for the Defendants to oppose this Motion For Leave to Amend the
6  Complaint on whatever grounds they deem appropriate; and

7      WHEREAS, the parties have determined that all such Motions, including the motion hearing
8  presently set for May 17, 2010, can and should be heard on the same day, rather than maintaining the
9  current hearing date for Defendants' pending Motions for Summary Judgment, because Plaintiffs' and
10 Defendants' cross Motions are closely related as to the subject matter and the issues to be adjudicated;
11 and

12     WHEREAS, Plaintiffs have agreed to file their Motion to Amend by May 10, 2010; and
13     WHEREAS, for purposes of efficiency and judicial economy, Plaintiffs and Defendants have
14 agreed to consolidate the hearing date for all motions and request that the Court vacate the May 17, 2010
15 hearing date and reschedule it and Plaintiffs' Motion to Amend on June 21, 2010;

16     NOW, THEREFORE, IT IS HEREBY STIPULATED THAT:

17     1.    Defendants' Motion for Reconsideration should be granted, and Defendants' Motion for
18 Summary Judgment should be granted as to the claims of Plaintiff Adeline Chan and all members of the
19 class other than those claims alleged on behalf of the 47 women referred to above in the Recitals.

20     2.    Plaintiffs' Motion For Leave To Amend and Permit the Intervention of Vanessa Hunt
21 shall be filed on or before May 10, 2010 (the "Motion for Leave");

22     3.    Defendants reserve their right to assert all defenses, and arguments, that were previously
23 asserted or will be asserted in this case to oppose the Plaintiffs' Motion for Leave and/or the New Class
24 claims;

25     4.    Defendants' shall file their Opposition to Plaintiffs' Motion for Leave on or before June
26 7, 2010;

27     5.    Plaintiffs' shall file any Reply in support of their Motion for Leave by June 14, 2010;
28 \\\

3

6. The hearing for all of these Motions shall be consolidated and the date for hearing set on June 21, 2010, at 10:00 a.m. before this Court in Courtroom 12.

DATED: April 22, 2010                   Respectfully submitted,

                LAW OFFICE OF MARK E. MERIN
                CASPER MEADOWS, SCHWARTZ & COOK

                /s/ - "Mark E. Merin"
BY:_____
     Mark E. Merin
     Attorney for Plaintiffs

DATED: April 22, 2010                   Respectfully submitted,

                BINGHAM MCCUTCHEN LLP and
                MCNAMARA, DODGE, NEY, BEATTY,
                SLATTERY, PFALZER & BORGES, LLP

                /s/ - "Peter Obstler"
BY:_____
     Peter Obstler
     Attorney for Defendants

## [~~PROPOSED~~] **ORDER**

Good cause appearing, PURSUANT TO THE STIPULATION IT IS SO ORDERED.**

DATED:   04/22/10

_____
HON. THELTON E. HENDERSON
JUDGE, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**except that the motion hearing shall be set on June 28, 2010 at 10:00 AM, and not June 21, 2010.

4

**STIPULATION AND [PROPOSED] ORDER RE: HEARINGS AND BRIEFING SCHEDULES**
*Barnett, et al. v. Contra Costa County, et al.;* USDC, No. Dist., Case No. C 04-4437 THE
A/73359586.1