Mark E. Merin (SBN 043849) – mark@markmerin.com
Cathleen A. Williams (SBN 068029) – cathleen@markmerin.com
W. Gordon Kaupp (SBN 226141) – gordon@markmerin.com
**LAW OFFICES OF MARK E. MERIN**
2001 P Street, Suite 100
Sacramento, California  95814
Telephone:     (916) 443-6911
Facsimile:      (916) 447-8336

Andrew C. Schwartz (SBN 64578) – schwartz@csmlaw.com
**CASPER, MEADOWS, SCHWARTZ & COOK**
2121 North California Blvd., Suite 1020
Walnut Creek, CA 94596
Telephone:     (925) 947-1147
Facsimile:      (925) 947-1131

Attorneys for Plaintiffs

Peter Obstler (SBN 171623) - peter.obstler@bingham.com
Jee Young You (SBN 241658) - jeeyoung.you@bingham.com
**BINGHAM MCCUTCHEN LLP**
Three Embarcadero Center
San Francisco, CA  94111-4067, U.S.A.
Telephone:     (415) 393-2000
Facsimile:      (415) 393-2286

James V. Fitzgerald, III (SBN 055632) -james.fitzgerald@mcnamaralaw.com
**MCNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER & BORGES LLP**
1211 Newell Ave.
Post Office Box 5288
Walnut Creek, CA 94596
Telephone:     (925) 939-5330
Facsimile:      (925) 939-0203

Attorneys for Defendants

─o0o─

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

─o0o─

| | |
|---|---|
| ROSALETY BARNETT, VANESSA HUNT, and all others similarly situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>COUNTY OF CONTRA COSTA, et al.,<br><br>        Defendants. | CASE NO: C 04-04437 TEH<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING PLAINTIFF ADELINE CHAN'S CLAIMS AND SUCH PART OF THE CLASS THAT SHE REPRESENTS** |

1

**STIPULATION AND [PROPOSED] ORDER DISMISSING PLAINTIFF ADELINE CHAN'S CLAIMS**
*Barnett, et al. v. Contra Costa County, et al.;* USDC, No. Dist., Case No. C 04-4437 THE

**STIPULATION**

Pursuant to the Northern District of California Local Rules 77-2(c) and Federal Rules of Civil Procedure 41, Plaintiff Adeline Chan ("Plaintiffs") and Defendants Contra Costa County, Contra Costa County Sheriff's Department, and Contra Costa County Sheriff Warren Rupf ("Defendants"), hereby stipulate as follows:

WHEREAS, the parties stipulate that the claims of Plaintiff Adeline Chan shall be dismissed with prejudice pursuant to the Ninth Circuit's *en banc* decision in *Bull v. City and County of San Francisco*, 565 F.3d 964, issued on February 9, 2010; and

WHEREAS, the claims of all class members who were subject to only one strip search, prior to housing, without reasonable suspicion, shall also be dismissed;

WHEREAS female class members subjected to a *second* strip search before being housed under Defendants' uniform policies, shall remain as class members, the liability for which Defendants dispute as a matter of law and fact, without being dismissed.

NOW, THEREFORE, IT IS HEREBY STIPULATED THAT:

Plaintiff Adeline Chan and the class of persons she represents who were subject to only one strip search, prior to housing, without reasonable suspicion, shall be dismissed.

DATED: June 24, 2010                    Respectfully submitted,

                                              LAW OFFICE OF MARK E. MERIN
                                              CASPER MEADOWS, SCHWARTZ & COOK

                                              BY: /s/ - "Mark E. Merin"
                                                    Mark E. Merin
                                                    Attorney for Plaintiffs

DATED: June 24, 2010                    Respectfully submitted,

                                              BINGHAM MCCUTCHEN LLP and
                                              MCNAMARA, DODGE, NEY, BEATTY,
                                              SLATTERY, PFALZER & BORGES, LLP

                                              BY: /s/ - "Peter Obstler"
                                                   Peter Obstler
                                                   Attorney for Defendants

**[PROPOSED] ORDER**

Good cause appearing, PURSUANT TO THE STIPULATION IT IS SO ORDERED.

DATED: _____06/24/10_____



_____
HON. THELTON E. HENDERSON
JUDGE, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

3

**STIPULATION AND [PROPOSED] ORDER DISMISSING PLAINTIFF ADELINE CHAN'S CLAIMS**
*Barnett, et al. v. Contra Costa County, et al.;* USDC, No. Dist., Case No. C 04-4437 THE