1  Mark E. Merin (SBN 043849) – mark@markmerin.com
   Cathleen A. Williams (SBN 068029) – cathleen@markmerin.com
2  W. Gordon Kaupp (SBN 226141) – gordon@markmerin.com
   **LAW OFFICES OF MARK E. MERIN**
3  2001 P Street, Suite 100
   Sacramento, California  95814
4  Telephone:     (916) 443-6911
   Facsimile:     (916) 447-8336
5
   Andrew C. Schwartz (SBN 64578) – schwartz@csmlaw.com
6  **CASPER, MEADOWS, SCHWARTZ & COOK**
   2121 North California Blvd., Suite 1020
7  Walnut Creek, CA 94596
   Telephone:     (925) 947-1147
8  Facsimile:     (925) 947-1131
9  Attorneys for Plaintiffs
10 Peter Obstler (SBN 171623) - peter.obstler@bingham.com
   Jee Young You (SBN 241658) - jeeyoung.you@bingham.com
11 **BINGHAM MCCUTCHEN LLP**
   Three Embarcadero Center
12 San Francisco, CA  94111-4067, U.S.A.
   Telephone: 415.393.2000
13 Facsimile: 415.393.2286
14 Attorneys for Defendants
15
16                   UNITED STATES DISTRICT COURT
17                   NORTHERN DISTRICT OF CALIFORNIA
18

| | |
|---|---|
| ROSALETY BARNETT, VANESSA HUNT, and all others similarly situated, | CASE NO: C 04-04437 TEH |
| Plaintiffs, | **STIPULATION TO CONTINUE THE MOTION FOR SUMMARY JUDGMENT BRIEFING SCHEDULE AND HEARING DATE** |
| vs. | |
| COUNTY OF CONTRA COSTA, et al., | |
| Defendants. | **DATE:**  February 14, 2011<br>**TIME:**  10:00 a.m.<br>**CTRM:**  12<br>**JUDGE:**  Hon. Thelton E. Henderson |

19
20
21
22
23
24
25
26
27
28

**STIPULATION TO CONTINUE THE MOTION FOR SUMMARY JUDGMENT BRIEFING**

**SCHEDULE AND HEARING DATE**

Plaintiff Vanessa Hunt ("Plaintiff") and Defendants Contra Costa County, the Sheriff's Department, and Sheriff Warren E. Rupf ("Contra Costa" or "Defendants") stipulate pursuant to Local Rules 6-1(b) and 6-2 as follows:

WHEREAS, on June 18, 2010, the Court granted Plaintiff leave to file its proposed Third Amended Complaint and ordered that it be filed on or before June 23, 2010.  In compliance with the Court's order, the Plaintiff's Third Amended Complaint was e-filed on June 21, 2010.

WHEREAS, the Court also issued a Minute Order setting the pretrial calendar, pursuant to which, the last day to file dispositive motions was January 10, 2011, and the last day to hear the motions was February 14, 2011.  (Docket No. 206.)

WHEREAS, on January 10, 2011, Defendants Contra Costa County, the Sheriff's Department, and Sheriff Warren E. Rupf ("Contra Costa" or "Defendants") filed their Motion for Summary Judgment ("MSJ").

WHEREAS, shortly after the filing of the MSJ, the parties commenced settlement discussions, and have reached a tentative agreement, pursuant to which, the parties have agreed to seek the continuance of the February 14, 2011 hearing on the MSJ for purposes of efficiency and judicial economy.

NOW, THEREFORE, IT IS HEREBY STIPULATED that:

1.  The MSJ hearing is continued to an undetermined future date to allow the parties to reach a settlement, or until the parties determine that a settlement is not feasible.

      a.  In the event that a settlement is not reached for any reason, the parties will have 10 days to meet and confer and to agree on a new briefing schedule, which will provide a reasonable period for Plaintiff to oppose or otherwise respond to the MSJ, and allow Defendants to file a reply in support of their MSJ.

      b.  In the event that a settlement is reached and all conditions precedent, as enumerated in the executed settlement agreement, are met, including, but not limited to, the obtainment of the requisite authorization or approval from the Contra Costa's Board of

1    Supervisors and/or any approval from this Court, the parties shall file a request to

2    dismiss the case, vacating all pre-trial and trial schedules.

3         IT IS SO STIPULATED.

4    DATED:  February 1, 2011          Respectfully submitted,

5                                      LAW OFFICE OF MARK E. MERIN and
                                       CASPER, MEADOWS, SCHWARTZ & COOK
6

7

8                                      BY: _____/s/ Mark E. Merin_____
                                            Mark E. Merin
                                            Attorneys for Plaintiffs
9

10   DATED:  February 1, 2011          Respectfully submitted,

11                                     BINGHAM MCCUTCHEN LLP

12

13                                     BY: _____/s/ Peter Obstler_____
                                            Peter Obstler
14                                          Attorneys for Defendants

15

16        PURSUANT TO STIPULATION, IT IS SO ORDERED.   The parties shall file a joint

17   status statement on or before March 7, 2011.

18   DATED: _____02/01____, 2011

19

20                                     By:_____

21

22                                                Judge Thelton E. Henderson

23

24

25

26

27

28