Mark E. Merin (SBN 043849) – mark@markmerin.com
Cathleen A. Williams (SBN 068029) – cathleen@markmerin.com
W. Gordon Kaupp (SBN 226141) – gordon@markmerin.com
**LAW OFFICES OF MARK E. MERIN**
2001 P Street, Suite 100
Sacramento, California  95814
Telephone:     (916) 443-6911
Facsimile:      (916) 447-8336

Andrew C. Schwartz (SBN 64578) – schwartz@csmlaw.com
**CASPER, MEADOWS, SCHWARTZ & COOK**
2121 North California Blvd., Suite 1020
Walnut Creek, CA 94596
Telephone:     (925) 947-1147
Facsimile:      (925) 947-1131

Attorneys for Plaintiffs

Peter Obstler (SBN 171623) - peter.obstler@bingham.com
Jee Young You (SBN 241658) - jeeyoung.you@bingham.com
**BINGHAM MCCUTCHEN LLP**
Three Embarcadero Center
San Francisco, CA  94111-4067, U.S.A.
Telephone:     (415) 393-2000
Facsimile:      (415) 393-2286

James V. Fitzgerald, III (SBN 055632) -james.fitzgerald@mcnamaralaw.com
**MCNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER & BORGES LLP**
1211 Newell Ave.
Post Office Box 5288
Walnut Creek, CA 94596
Telephone:     (925) 939-5330
Facsimile:      (925) 939-0203

Attorneys for Defendants

─o0o─

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

─o0o─

| | |
|---|---|
| ROSALETY BARNETT, VANESSA HUNT, and all others similarly situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>COUNTY OF CONTRA COSTA, et al.,<br><br>        Defendants. | CASE NO: C 04-04437 TEH<br><br>**[~~PROPOSED~~] ORDER GRANTING SETTLEMENT AND DISMISSAL OF ACTION** |

1

**[PROPOSED] ORDER GRANTING SETTLEMENT AND DISMISSAL OF ACTION**
*Barnett, et al. v. Contra Costa County, et al.;* USDC, No. Dist., Case No. C 04-4437 TEH

1  GOOD CAUSE APPEARING from the joint motion of the parties for approval of the settlement, this Court hereby approves the Settlement. No notice must be given to any group of persons of this settlement.

Based on the written materials on file and good cause appearing therefore:

a. The Settlement is approved;

b. The Complaint is dismissed; and

c. The claims of Plaintiff Vanessa Hunt are dismissed with prejudice.

IT IS SO ORDERED.

DATED: 03/18/2011



HONORABLE THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE

2

**[PROPOSED] ORDER GRANTING SETTLEMENT AND DISMISSAL OF ACTION**
*Barnett, et al. v. Contra Costa County, et al.;* USDC, No. Dist., Case No. C 04-4437 TEH